THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: November 6, 2019

*Katherine M. Perhach*

Katherine Maloney Perhach
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
## MILWAUKEE DIVISION

| | |
|---|---|
| **In Re:** | **Chapter 13** |
| **Michael Salas** | |
| **Andrea Salas** | |
| **Debtors** | **Case No. 15-21815-kmp** |

### ORDER MODIFYING STAY

US Bank Trust National as Trustee of Cabana Series III Trust, its successors, servicing agents, and/or assigns (the "Movant") filed a motion for relief from stay to exercise its rights and remedies with respect to the Debtors' property located at 3458 South 60th Street, Milwaukee, WI 53219 (the "Property"). Due and proper notice of the motion was given, and no objections were filed. The facts recited in the motion show that the Movant's interest in the Property is not adequately protected or that other cause exists for granting the Movant's request for relief from the stay.

IT IS THEREFORE ORDERED: the stay of 11 U.S.C. § 362 is modified to permit the Movant to exercise its rights and remedies with respect to the Property under its loan documents and applicable nonbankruptcy law.

IT IS FURTHER ORDERED: all other relief requested in this motion is denied

IT IS FURTHER ORDERED: this Order is effective immediately and is not stayed for 14 days pursuant to the Bankruptcy Rule 4001(a)(3)

#####